```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA,        :

                -v-                      :        1:23-cr-320-GHW

SHAWN CRONIN, and              :        <u>ORDER</u>
PAUL FELDMAN,                     :
                         Defendants.  :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The status conference currently scheduled in this matter with respect to defendants Shawn Cronin and Paul Feldman for November 28, 2023, is rescheduled to November 27, 2023, at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  November 9, 2023
                                                                 GREGORY H. WOODS
                                                      United States District Judge