LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
DAVID M. SCHWARTZ+

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK
11228 TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

November 27, 2023

**Via ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Shawn Cronin
      Case # 1:23-cr-00320-GHW

Dear Judge Woods:

     I sincerely apologize for my absence today and the late notice to your chambers. Due to personal illness over the weekend which continues today, I did not double check my calendar over the weekend. I had the appearance scheduled for tomorrow, November 28, 2023, which was the date for which it was originally scheduled. That was the date I was mentally prepared to appear. Mr. Cronin also had it scheduled for tomorrow, November 28th, and because I was unprepared, I failed to correct that error. Today, I was basically incapacitated, with all of my devices turned off, until my office was able to reach me at my home at 1:45 p.m. to confirm my appearance in court. I immediately contacted both your chambers and my client. I have spoken to the government and co-counsel and am aware of what took place today.

     I have never missed a court date in this manner before and, once again, I sincerely apologize to the Court and all parties. My client and I will appear whenever necessary if the Court so requires. Otherwise we will be waiting for the Court's scheduling order.

Respectfully,

*/s/ Arthur L. Aidala*
Arthur L. Aidala

ALA:dg

Attn:   AUSA Samuel Rothschild