USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                                                    :
UNITED STATES OF AMERICA,                 :
                                                                                     :
                          -v -                                   :                                   1:23-cr-00320-GHW
                                                                                     :
SHAWN CRONIN; and PAUL FELDMAN,    :                                   ORDER
                                                                                     :
                                                 Defendants.   :
                                                                                    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Trial in this matter will commence on Tuesday, May 21, 2024 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      Pretrial motions by Defendants are due no later than January 12, 2024. The Government's oppositions to any defense motions are due no later than January 26, 2024. Defendants' replies, if any, are due no later than February 2, 2024. The Court will not set a hearing on any defense motions at this time, based on the parties' representation at the November 27, 2023 conference that no such hearing is anticipated.

      Expert disclosures by the United States and the defendants required pursuant to Fed. R. Crim. P. 16 are due no later than March 5, 2024.

      The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than March 26, 2024. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully

briefed. The Court will hold a final pretrial conference in this matter on May 7, 2024 at 3:30 p.m.

The United States is further directed to provide written notice to each defendant of any evidence it expects to introduce pursuant to Federal Rule of Evidence 404(b) by no later than (a) March 19, 2024 for any Rule 404(b) evidence that the Government will *not* address through its affirmative motions *in limine* and/or (b) March 26, 2024 for any Rule 404(b) evidence that the Government *will* address through its affirmative motions *in limine*.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire; and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than March 26, 2024. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: November 30, 2023
New York, New York

GREGORY H. WOODS
United States District Judge